AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

MICHAEL GRECCO PRODUCTIONS, INC.,

*Plaintiff(s)*

v.   Civil Action No. 16-cv-24080-JEM

TERRA NETWORKS OPERATIONS, INC.,

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To   Terra Networks Operations, Inc.
Registered Agent: Leslie Jose Zigel
600 Brickell Avenue
Suite 3600
Miami, FL 33131

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Karen C. Kline, Esq., Duane Morris LLP
5100 Town Center Circle, Suite 650
Boca Raton, FL: 33486
Telephone: (561) 962-2132
Facsimile: (305) 397-2248
Email: KCKline@duanemorris.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Steven M. Larimore
Clerk of Court

Date: 09/23/2016

s/ Ledys M. Rodriguez
Deputy Clerk
U.S. District Courts